# EXHIBIT 1

LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC
PETER J. FERGUSON SBN 108297
peterferg@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

Attorneys for Defendant
DONALD WALTHERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL BRACY, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; DETECTIVE CARL WORRELL; DETECTIVE DONALD WALTHERS; DETECTIVE RICHARD GUZMAN; DETECTIVE RANDY RICO; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | No. CV13-09350 (JC)<br><br>**DEFENDANT DONALD WALTHERS' INITIAL DISCLOSURES** |

To All Parties and Their Attorneys of Record:

Pursuant to F.R.C.P. Rule 26(a), the Defendant Donald Walthers, hereby provides the following, while reserving the right to supplement this information at any time prior to trial as further discovery takes place:

### I.　Preliminary Statement

Defendant Donald Walthers, makes these disclosures on the basis of information currently available to Defendant at this time, following a good faith inquiry in accordance with Federal Rules of Civil Procedure 26. Defendant reserves the right to amend and/or supplement these disclosures as any further information becomes available. Defendant further reserves the right to use in any

1

way, in these proceedings or any other proceeding, any information not herein disclosed about which Plaintiff becomes aware. Defendant makes the following disclosures in order to expedite the discovery process and without waiving the Federal Rules of Evidence, including protections of the attorney-client privilege, the work-product doctrine and any other applicable privilege. Plaintiff expressly reserves his right under those privileges and protections. By making these disclosures, Defendant does not concede that the disclosed evidence is relevant or admissible as evidence at trial and reserves the right to assert any and all evidentiary objections.

## II. Federal Rule of Civil Procedure 26(a)(1)(A)(i) Witness Disclosures

Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1)(A)(I), Defendant provides the following witness disclosures of the individuals currently known to Defendant who are likely to have discoverable information that disclosing party may use to support its claims and/or defenses, unless solely for impeachment. Defendant provides these witness disclosures with the express reservation that discovery and investigation is on-going, and Defendant may supplement his witness disclosures in the future upon additional information gathered through discovery and investigation. Defendant expects that such individuals will be discovered, but contends that Plaintiff and Plaintiff's counsel may know the names and addresses of individuals likely to have discoverable information relevant to the disputed facts of this case.

Defendant provides the names and if known, addresses and telephone numbers of the following individuals who may have information concerning some of the information of the complaint:

1. Emmanuel Bracy, (Party to this lawsuit) through his attorneys of record Brian Dunn, Esq. The Cochran Firm California, 4929 Wilshire Boulevard, Suite 1010, Los Angeles, California (323) 435-8205.

2. Carl Worrell, through his attorney Cory M. Brente, City Attorney's Office, 200 North Main Street, City Hall East, 6th Floor, Los Angeles, CA 90012, (213) 978-7032.

3. Richard Guzman, through his attorney Cory M. Brente, City Attorney's Office, 200 North Main Street, City Hall East, 6th Floor, Los Angeles, CA 90012, (213) 978-7032.

4. Randy Rick, through his attorney Cory M. Brente, City Attorney's Office, 200 North Main Street, City Hall East, 6th Floor, Los Angeles, CA 90012, (213) 978-7032.

3. Donald Walthers, through his attorney of record, Peter J. Ferguson, 1631 E. 18th Street, Santa Ana, California 92705 (714) 953-5300.

### III. Federal Rules of Civil Procedure 26(a)(1)(A)(ii) Document Disclosures

Defendant does not have in his possession or control any documents.

### IV. Federal Rules of Civil Procedure 26(a)(1)(A)(iii) Damages Disclosures

1. Defendant is not yet claiming damages.

### V. Federal Rules of Civil Procedure 26(a)(1)(A)(iv) Insurance Agreement Disclosure

The City of Los Angeles is self insured pursuant to *Government Code* § 995 et seq.

DATED: April 4, 2014   FERGUSON, PRAET & SHERMAN, APC

*[signature]*

Peter J. Ferguson, SBN 108297
Allen Christiansen, SBN 263651
Attorneys for Defendant Donald Walthers

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Coleen Ludvigson, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On April 4, 2014, I served the foregoing **DEFENDANT DONALD WALTHERS' INITIAL DISCLOSURES** on the interested parties in this action:

Brian T. Dunn, Esq.
Jamon R. Hicks, Esq.
Megan R. Gyongyos, Esq.
The Cochran Firm California
4929 Wilshire Boulevard, Suite 1010
Los Angeles, CA 90010

Cory M. Brente, Supervising Assistant City Attorney
200 North Main Street
City Hall East, 6th Floor
Los Angeles, CA 90012

XXX (By Mail)   I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

\_\_\_\_ (By Facsimile Service) I caused such envelope/document to be delivered via facsimile to the office of the addressee.

\_\_\_\_ (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2014, at Santa Ana, California.

*/s/ Coleen Ludvigson*
Coleen Ludvigson

4