# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4                                      )
     EMMANUEL BRACY, an individual,      )
 5                                       )
                         Plaintiff,      )
 6                                       )
                 vs.                     )  Case No. CV-13-09350-JC
 7                                       )
     CITY OF LOS ANGELES; DETECTIVE      )
 8   CARL WORRELL; DETECTIVE DONALD      )
     WALTHERS; DETECTIVE RICHARD GUZMAN; )
 9   DETECTIVE RANDY RICO; and DOES 1    )
     through 10, inclusive,              )
10                                       )
                         Defendants.     )
11   _____ )

12

13

14

15          DEPOSITION OF:  DONALD WALTHERS

16             Wednesday, March 25, 2015

17               Los Angeles, California

18

19

20

21

22

23

24   Reported by: Elizabeth Panta
                  CSR #13163
25
```

| | | |
|---|---|---|
| 11:16 | 1 | time of this incident, as an SIS detective, you |
| | 2 | typically were not in uniform but were, rather, in |
| | 3 | plainclothes? |
| | 4 | A    That's correct. |
| 11:16 | 5 | Q    Okay.  Now, with regard to the weapon that |
| | 6 | you did fire, I'm going to show you Exhibit 3. |
| | 7 | (Exhibit No. 3 was marked for |
| | 8 | identification and is attached hereto.) |
| | 9 | BY MR. DUNN: |
| 11:16 | 10 | Q    What a -- what type of shotgun is this? |
| | 11 | A    It's a -- made by a company called |
| | 12 | Scattergun.  And it is a pump-action shotgun. |
| | 13 | Q    Now, again, assuming that we're going to |
| | 14 | be talking to people that know -- don't know |
| 11:16 | 15 | anything at all about firearms, what -- what does it |
| | 16 | mean when you say "pump action"? |
| | 17 | A    It means that, in order to transfer the -- |
| | 18 | the rounds from the magazine to the chamber, you |
| | 19 | pump the shotgun.  So the action to change the |
| 11:17 | 20 | rounds from the magazine to the chamber is a pump |
| | 21 | action. |
| | 22 | Q    Where is the magazine on this photograph? |
| | 23 | A    Well, underneath the rounds that are in |
| | 24 | what's called the side saddle there -- |
| 11:17 | 25 | Q    Uh-huh. |

| | | | |
|---|---|---|---|
| 11:19 | 1 | A | Correct. |
| | 2 | Q | So did you have those shotshells in the side saddle during this incident? |
| | 4 | A | Yes. |
| 11:19 | 5 | Q | So if you had wanted to, you could have shot more than six times because you had the -- the shells there; correct? |
| | 8 | A | That's correct. |
| | 9 | Q | Okay. Now, aside from the shotgun -- and, again, what -- what do you normally -- how -- what is the normal term that you would use for this? I could say "shotgun." |
| 11:20 | | | |
| | 13 | | What would you call -- what would you say? |
| | 14 | A | I'd probably call it shotgun. |
| 11:20 | 15 | Q | Okay. Aside from the shotgun and the semiautomatic handgun, did you have any other firearms? |
| | 18 | A | No. |
| | 19 | Q | Now, we are going to talk a little bit about the specifics. |
| 11:20 | 20 | | |
| | 21 | | What -- what type of caliber round -- how would you describe, again, the shotshells? Are they -- do they have a caliber associated with them? |
| | 24 | A | They're considered .12 gauge. |
| 11:20 | 25 | Q | .12 gauge. |

| | | |
|---|---|---|
| 11:20 | 1 | And based on my very limited understanding |
| | 2 | of how a shotgun works, when you fire it, it |
| | 3 | scatters; correct? |
| | 4 | I mean, there's a -- how -- how -- how |
| 11:21 | 5 | does the bullet come out? Or not the bullet but the |
| | 6 | shotshell? |
| | 7 | A   Well, they're -- in this particular |
| | 8 | instance, there's -- well, there's many different |
| | 9 | types of shotshells. The ones we carry in SIS were |
| 11:21 | 10 | either a double aught buck round -- it's called a -- |
| | 11 | Q   And that's -- "aught" means zero? |
| | 12 | A   Correct. |
| | 13 | Q   So it's 00? |
| | 14 | A   Double 0. |
| 11:21 | 15 | Q   Okay. |
| | 16 | A   -- a double aught buck round and a slug |
| | 17 | round. |
| | 18 | Q   Okay. What kind of rounds are these? |
| | 19 | A   The ones that are in the side saddle? |
| 11:21 | 20 | Q   We'll start with those, yes. |
| | 21 | A   Okay. The ones that are in the side |
| | 22 | saddle are slug rounds. |
| | 23 | Q   Okay. What about the ones that were in |
| | 24 | the magazine that you fired that day? |
| 11:21 | 25 | A   There was a combination of slug rounds and |

| | | |
|---|---|---|
| 11:21 | 1 | double aught buck rounds. |
| | 2 | Q    Do you have an understanding as to -- out |
| | 3 | of a total of six, how much were the double aught |
| | 4 | buck and how much were the slug rounds?  How many? |
| 11:22 | 5 | A    On this day? |
| | 6 | Q    On this day. |
| | 7 | A    Two buckshot and four -- and four slug |
| | 8 | rounds. |
| | 9 | Q    Why are -- why are they both together in |
| 11:22 | 10 | the gun -- in the magazine? |
| | 11 | A    Well, the way that it's loaded is that -- |
| | 12 | we load it so that the first two rounds that are |
| | 13 | shot are double aught buck.  And the next four |
| | 14 | rounds that are available to you are slug rounds. |
| 11:22 | 15 | Q    Why the double aught buck as the first |
| | 16 | two? |
| | 17 | A    Because -- because of the -- because of |
| | 18 | the tactic that we use when we do, like, a vehicle |
| | 19 | containment technique to stop an individual.  We're |
| 11:22 | 20 | exiting a vehicle quickly, and so we have an |
| | 21 | unstable shooting platform.  So the double aught |
| | 22 | buck gives you a better opportunity -- since it has |
| | 23 | a wider pattern, it gives you a better opportunity |
| | 24 | to stop a threat. |
| 11:23 | 25 | And then the future rounds are slug rounds |

| | | |
|---|---|---|
| 12:21 | 1 | Q  Yes.  Did you see Mr. Bracy respond in any |
| | 2 | way after you said those three words, "Police. |
| | 3 | Hands up"? |
| | 4 | MR. BRENTE:  I'm still going to object. |
| 12:22 | 5 | Calls for speculation. |
| | 6 | BY MR. DUNN: |
| | 7 | Q  You can answer.  Unless they instruct you |
| | 8 | not to answer, you can answer. |
| | 9 | A  Okay.  I said, "Police.  Hands up."  And |
| 12:22 | 10 | the movement that Mr. Bracy did then was turned and |
| | 11 | pointed a gun at Detective Worrell. |
| | 12 | Q  All right.  And where were you positioned? |
| | 13 | A  I'm sorry. |
| | 14 | Q  All right.  Hold on.  There's no question |
| 12:22 | 15 | pending. |
| | 16 | MR. FERGUSON:  Well, you said, "Where were |
| | 17 | you positioned?" |
| | 18 | BY MR. DUNN: |
| | 19 | Q  All right.  Well, I can have those four |
| 12:22 | 20 | words hanging out there. |
| | 21 | But where were you positioned at the time |
| | 22 | of the shooting? |
| | 23 | But it'd be easier -- because I think we |
| | 24 | have a really good photo. |
| 12:22 | 25 | Am I on 7 now? |

| | | |
|---|---|---|
| 12:22 | 1 | MS. KADES: Yes. |
| | 2 | (Exhibit No. 7 was marked for |
| | 3 | identification and is attached hereto.) |
| | 4 | BY MR. DUNN: |
| 12:22 | 5 | Q    Okay. I think this is a really good |
| | 6 | photo. We're going to call it Exhibit 7. |
| | 7 | Does this photograph appear to depict |
| | 8 | where you were at the time that you fired? |
| | 9 | A    Yes, that looks pretty good. |
| 12:23 | 10 | Q    All right. Now, when you fired the |
| | 11 | shotgun, were you behind the door, as the figure is |
| | 12 | in Exhibit 7? |
| | 13 | A    Yes. |
| | 14 | Q    Were you in that same position when you |
| 12:23 | 15 | fired all six shotshells? |
| | 16 | A    Yes. |
| | 17 | Q    Where was Worrell? |
| | 18 | A    He was at the driver's door. |
| | 19 | MR. BRENTE: Of the? |
| 12:23 | 20 | THE WITNESS: Of the F-150 pickup. I'm |
| | 21 | sorry. |
| | 22 | BY MR. DUNN: |
| | 23 | Q    Now I'm going to show you an exhibit that |
| | 24 | we're going to call 8. |
| | 25 | /// |

| | | |
|---|---|---|
| 12:30 | 1 | actual time was, you know, as far as, like, lag time |
| | 2 | and stuff -- but as soon as I saw it, I tried to |
| | 3 | fire it. |
| | 4 | Q    Now, you fired six times total; correct? |
| 12:30 | 5 | A    Correct. |
| | 6 | Q    How many times -- well, let me rephrase |
| | 7 | that. |
| | 8 | Do you have an estimate as to how much |
| | 9 | time passed from the first shot you fired to the |
| 12:30 | 10 | sixth? |
| | 11 | A    Probably right around three to four |
| | 12 | seconds maybe. |
| | 13 | Q    Did you fire all six shotshells in rapid |
| | 14 | succession in a sense that -- when I mean that -- is |
| 12:31 | 15 | did you fire six shots continuously, one right after |
| | 16 | the other, or did you pause at any point? |
| | 17 | A    No, it felt like it was pretty continuous. |
| | 18 | Q    There was no pause between the first round |
| | 19 | and the sixth round? |
| 12:31 | 20 | MR. FERGUSON:  Well, to the extent you |
| | 21 | have to pump the shell into it and fire. I mean, |
| | 22 | there's a pause. There's a natural pause. But |
| | 23 | you're not talking about that. You mean was there |
| | 24 | an intentional pause. |
| 12:31 | 25 | Objection. Vague and ambiguous. |

| | | | |
|---|---|---|---|
| 12:33 | 1 | Q | Do you recall moving your position at any |
| | 2 | | time from the time that the first shot was -- |
| | 3 | | shotshell was fired and the sixth shotshell was |
| | 4 | | fired? |
| 12:33 | 5 | A | No. |
| | 6 | Q | Was it your belief that Mr. Bracy had a |
| | 7 | | gun in his hand at the time that you fired all six |
| | 8 | | shotshells? |
| | 9 | A | Yes. |
| 12:33 | 10 | Q | Why did you stop firing? |
| | 11 | A | My -- after I fired the sixth round of my |
| | 12 | | shotgun, I then had the option of either loading |
| | 13 | | more shotshells into that or transitioning to |
| | 14 | | another weapon system. I chose to transition to |
| 12:34 | 15 | | another weapon system. By the time I did that, |
| | 16 | | there was no longer an immediate threat. |
| | 17 | Q | What was the other weapon system that you |
| | 18 | | transitioned to? |
| | 19 | A | The handgun that was on my vest. |
| 12:34 | 20 | Q | Did you draw it? |
| | 21 | A | I did. |
| | 22 | Q | Now, throughout the time in which you |
| | 23 | | fired, would you say that you were firing in defense |
| | 24 | | of Detective Worrell or would you say you were |
| 12:34 | 25 | | firing in self-defense? |