FILED
CLERK U.S. DISTRICT COURT
DEC - 1 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL BRACY,<br><br>    Plaintiff,<br><br>  v.<br><br>DETECTIVE RICHARD GUZMAN;<br>DETECTIVE RANDY RICO;<br>DETECTIVE DONALD WALTHERS;<br>and DETECTIVE CARL WORRELL,<br><br>    Defendants. | Case No. CV 13-9350 JC<br><br>**VERDICT FORM**<br><br>REDACTED |

We the jury, in the above-entitled action, unanimously find as follows:

**QUESTION NO. 1:**

Has Plaintiff Emmanuel Bracy proved by a preponderance of the evidence that any of the following Defendants violated his Federal Constitutional right under the Fourth Amendment by subjecting him to excessive force?

| | | |
|---|---|---|
| RICHARD GUZMAN | Yes_____ | No __✓__ |
| RANDY RICO | Yes_____ | No __✓__ |
| DONALD WALTHERS | Yes_____ | No __✓__ |
| CARL WORRELL | Yes_____ | No __✓__ |

1

1    If your answer to Question No. 1 is "no" for all four Defendants, then please
2 sign, date and return this verdict form. If your answer to Question No. 1 is "yes"
3 for any of the Defendants, then please proceed to Question No. 2.

QUESTION NO. 2:

As to any Defendant for whom you answered "yes" to Question No. 1, has Plaintiff Emmanuel Bracy proved by a preponderance of the evidence that such Defendant(s)' use of excessive force was a cause of injury to him?

| | | |
|---|---|---|
| RICHARD GUZMAN | Yes____ | No____ |
| RANDY RICO | Yes____ | No____ |
| DONALD WALTHERS | Yes____ | No____ |
| CARL WORRELL | Yes____ | No____ |

If your answer to Question No. 2 is "no" for all Defendants for whom you answered "yes" to Question No. 1, then please sign, date and return this verdict form. If your answer to Question No. 2 is "yes" for any of the Defendants, then please proceed to Question No. 3.

QUESTION NO. 3:

What is the total amount of damages, if any, proven by Plaintiff Emmanuel Bracy?

$_____

Dated: __12/1/16__

_____
Presiding Juror

**Redacted as to Presiding Juror/ Foreperson only**