UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-9350-JC | Date | February 19, 2019 |
|---|---|---|---|
| Title | Emmanuel Bracy v. City of Los Angeles, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**        **(In Chambers)**

**ORDER DIRECTING PARTIES TO CONFER, AND TO FILE A STATUS REPORT AND PROPOSED SCHEDULE**

    In light of the February 15, 2019 issuance of the Ninth Circuit's Mandate reversing and remanding this matter for a new trial, the parties are directed to confer forthwith regarding the status of this matter (*e.g.*, whether it would be appropriate for the parties to participate in another settlement conference/any proposed date(s) therefor/any proposed settlement officer/magistrate judge to preside thereover, whether the parties anticipate filing any motions and the nature thereof/any proposed filing deadline(s)/hearing date(s), a proposed status conference/pretrial conference date, and a proposed date for the new trial) and by not later than **March 5, 2019**, to file a joint status report and proposed schedule.

    IT IS SO ORDERED.