UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMANUEL BRACY, an individual, | ) ) ) | No. CV13-09350 (JC) |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ADDITIONAL TIME TO COMPLY WITH THIS COURT'S ORDER AT DOCKET NUMBER 245** |
| vs. | ) ) ) | |
| CITY OF LOS ANGELES; DETECTIVE CARL WORRELL; DETECTIVE DONALD WALTHERS; DETECTIVE RICHARD GUZMAN; DETECTIVE RANDY RICO; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

After consideration of the parties' joint request for additional time to comply with this Court's February 19, 2019 order at Docket Number 245 and with GOOD CAUSE SHOWING, the court GRANTS the joint request of the parties. IT IS HEREBY ORDERED:

//

//

//

1

ORDER

1. The date for which the parties are to comply with this Court's February 19, 2019 order (Dkt. No. 245) is hereby continued from March 5, 2019 to **June 5, 2019**.

IT IS SO ORDERED.

DATED:   February 26, 2019

/s/
Honorable Jaqueline Chooljian
United States Magistrate Judge