UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-09350-JC | Date | September 10, 2019 |
|---|---|---|---|
| Title | Emmanuel Bracy v. City of Los Angeles, et al. | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | CS 9-10-19 | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:

Cory Brente (standing in for Brian Dunn)

Attorneys Present for Defendants:

Peter Ferguson
Cory Brente
Kelly Kades

**Proceedings:**   TELEPHONIC STATUS CONFERENCE

Case called. Counsel for defendants state their appearances. In accordance with the September 9, 2019 email sent by plaintiff's counsel Brian Dunn to the Clerk which the Court read into the record, Cory Brente stands in for plaintiff's counsel Brian Dunn. Counsel advise the Court that they have reached a settlement, subject to the approval of the City Council/appropriate City authorities. The Court continues the matter for further telephonic status conference on December 10, 2019 at 10:00 a.m.

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | klh |